```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,                            :
                                                     :
                -v-                                  :        22-CR-392 (LAP)
                                                     :
ISHAN WAHI, NIKHIL WAHI, AND SAMEER                  :            ORDER
RAMANI,                                              :
                                                     :
                                Defendants.          :
                                                     X
-----------------------------------------------------------------
```

**LORETTA A. PRESKA**, United States District Judge:

      The hearing scheduled for 1:00 p.m. on August 3, 2022 will occur as a videoconference. The Court will communicate to counsel the information for joining the videoconference. Members of the public may dial in using the following teleconference information: (877) 402-9753, access code: 6545179.

      If possible, defense counsel shall discuss the attached Consent to Proceed by Videoconference with the Defendant prior to the proceeding.  If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **prior to the proceeding**.  In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

      To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) **prior to the proceeding**.  To the extent any documents require the Defendant's signature, defense counsel should endeavor to get

them signed in advance of the proceeding as set forth above; if defense counsel is unable to do so, the Court will conduct an inquiry during the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature.

SO ORDERED.

Dated: August 2, 2022
       New York, New York

*Loretta A. Preska*
---------------------------------------------
LORETTA A. PRESKA, U.S.D.J.

March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

,
        Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

\_\_\_\_\_-CR-_____(\_\_\_) (\_\_\_)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

\_\_\_     Status and/or Scheduling Conference

\_\_\_     Misdemeanor Plea/Trial/Sentence

_____        _____
Defendant's Signature                                  Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____        _____
Print Defendant's Name                                Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____                     _____
Date                                                  U.S. District Judge/U.S. Magistrate Judge