March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

ISHAN WAHI ,

                 Defendant(s).
---------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22 -CR- 392 ( LAP )( )

Defendant __ISHAN WAHI_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Ishan Wahi_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Ishan Wahi**
Print Defendant's Name

**David I. Miller** Digitally signed by David I. Miller
Date: 2022.08.02 20:41:15 -04'00'
Defense Counsel's Signature

**David Miller**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/4/2022
Date

_Loretta A. Preska_
U.S. District Judge/U.S. Magistrate Judge