```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>-against-<br><br>ISHAN WAHI, NIKHIL WAHI,<br><br>            Defendants. | No. 22 CR 392 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court held an initial conference in this matter on August 3, 2022, at which Defendants Ishan and Nikhil Wahi were presented, arraigned, and released on bail.

    The agreed upon schedule for any pre-trial motions is as follows:

    January 9, 2023    Motions due
    January 30, 2023    Oppositions due
    February 13, 2023    Replies due

    The parties shall appear for a pre-trial conference on March 22, 2023, at 10 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    August 4, 2022
           New York, New York

*[Signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge