

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2022

**BY ECF**

Honorable Lorretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Ishan Wahi, et al.*, No. 22 Cr. 392 (LAP)

Dear Judge Preska:

      The Government writes on behalf of the parties to respectfully request that the Court enter an order pursuant to Federal Rule of Criminal Procedure 5(f) "that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such order under applicable law." Because the defendants in this case were first presented outside of the District, no such order was entered by the magistrate judge, as would be customary in this District. As Rule 5(f) requires a written *and* oral order, the parties respectfully request that the Court issue a written order, and at the next conference issue an oral order.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

          by:  /s/
                 Nicolas Roos
                 Noah Solowiejczyk
                 Assistant United States Attorneys
                 (212) 637-2421 / -2473

Cc:    Defense Counsel (by ECF)