

By ECF
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The requested modification of Mr. Wahi's conditions of pretrial release is granted, provided that Mr. Wahi supplies Pretrial Services with a detailed itinerary, including flight information and the address(es) where he will be staying, in addition to any other information reasonably requested by Pretrial Services.
>
> SO ORDERED.
>
> *Loretta A. Preska*
>
> 10/11/2022

October 8, 2022

Re:   United States v. Ishan Wahi, 22-cr-392 (S.D.N.Y.)

Your Honor:

    I am one of the lawyers representing defendant Ishan Wahi in this case. I write to respectfully request that the Court approve Mr. Wahi's travel to Houston, Texas on October 13th, returning to his home in Seattle, Washington on October 19th.

    As part of the conditions of release that the Court set for Mr. Wahi on August 3, 2022, his travel was restricted to the Western District of Washington and the Southern and Eastern Districts of New York. Mr. Wahi has complied with all the terms of his conditions of release to date. Mr. Wahi plans to travel to Houston by plane, departing from Seattle on October 13th. He will return to Seattle on October 19th.

    The government (AUSA Noah Solowiejczyk) takes no position on this request. US Pretrial Services for the Western District of Washington (LMS O'Neal) informs that Pretrial does not authorize travel outside the district except for emergencies but acknowledges that the Court has the authority to permit travel outside the district.

    We would respectfully request that the Court grant Mr. Wahi permission to travel as described herein.

                                                          Respectfully,

                                                          Andrew St. Laurent

cc:   AUSA Noah Solowiejczyk (by email)
      AUSA Nicolas Roos (by email)
      David Miller, Esq. (by email)

ANDREW ST. LAURENT   |   ANDREW@HS-LAW.COM   |   DIRECT 646-248-6010

SC-HARRIS.COM   |   TEL 212-397-3370   |   FAX 212-202-6206   |   40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005