

February 1, 2023

*The travel is approved*
SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
2/1/23

**BY ECF**
The Honorable Judge Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Ishan Wahi, et al., 22 Cr. 392 (LAP)

Dear Judge Preska,

We represent Ishan Wahi in the above-referenced matter. We write to respectfully request Court approval of travel for defendant Ishan Wahi from his current residence in Seattle, Washington to New Jersey and New York and then to Houston, Texas.

The purposes of this trip are three-fold.

First, Ishan's brother, Nikhil Wahi, was sentenced by the Court on January 10, 2023 and is required to surrender to Bureau of Prisons custody on February 6, 2023. Nikhil has been designated to a facility in New Jersey and Ishan would like to spend the last few days with his brother and family in New Jersey before Nikhil surrenders to start serving his sentence.

Second, Ishan Wahi is scheduled to appear before this Court for proceedings on February 7, 2023.

Third, as described in the letter motion of January 24, 2023 (Docket Entry 71) and as permitted by the Court by order entered on January 25, 2023 (Docket Entry 72), following the February 7th proceeding, Ishan will be moving from Seattle, Washington to Houston, Texas. Accordingly, Ishan will be traveling directly from New York to Houston after the February 7th proceeding.

The detail of Ishan's proposed travel are as follows:

Ishan is planning to fly to New Jersey from Seattle on an overnight flight leaving Seattle on Saturday February 4th and arriving in New Jersey on Sunday February 5th. He would appear in Court on February 7th and then leave from New Jersey for Houston on or before February 8th.

Hon. Loretta A. Preska
February 1, 2023
Page 2 of 2

Pretrial Services has been informed of the details of Ishan's planned trip and has indicated that the trip requires Court approval. The government has no objection to this request.

We are available at the Court's convenience to discuss any matter relating to this request.

Respectfully,

Andrew St. Laurent

cc:  AUSA Noah Solowiejczyk, Esq. (by ECF)
     AUSA Nicolas Roos, Esq. (by ECF)
     David Miller, Esq. (by ECF)