UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>ISHAN WAHI,<br><br>                      Defendant. | 22 CR 392 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a hearing on February 7, 2023 at 9:30 a.m. in Courtroom 12A.  Members of the public may dial in using the following teleconference information: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    New York, New York
          February 6, 2023

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge