

HARRIS

ST. LAURENT

WECHSLER

March 23, 2023

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    United States v. Ishan Wahi, 22-cr-392 (S.D.N.Y.)

Your Honor:

I am one of the lawyers representing defendant Ishan Wahi in this case.  I write to respectfully request the Court move the date and time for Mr. Ishan Wahi's sentencing from May 10, 2023 at noon to May 9, 2023 at 11:00 a.m. for scheduling reasons.

I have discussed this proposed change with the Court's deputy and understand that the Court is available at the requested date and time.  The government has consented to this change.

For these reasons, I would respectfully request that the Court schedule Mr. Ishan Wahi's sentencing for May 9, 2023 at 11:00 a.m.

Thank you.

Respectfully,

Andrew St. Laurent

cc:    AUSA Noah Solowiejczyk (by ECF)
       AUSA Nicolas Roos (by ECF)
       David Miller, Esq. (by ECF)