

March 23, 2023

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>United States v. Ishan Wahi</u>, 22-cr-392 (S.D.N.Y.)

Your Honor:

  I am one of the lawyers representing defendant Ishan Wahi in this case. I write to respectfully request the Court move the date and time for Mr. Ishan Wahi's sentencing from May 10, 2023 at noon to May 9, 2023 at 11:00 a.m. for scheduling reasons.

  I have discussed this proposed change with the Court's deputy and understand that the Court is available at the requested date and time. The government has consented to this change.

  For these reasons, I would respectfully request that the Court schedule Mr. Ishan Wahi's sentencing for May 9, 2023 at 11:00 a.m.

  Thank you.

```
Mr. Wahi's request is granted.  His
sentencing is scheduled for May 9,
2023 at 11:00 a.m. in Courtroom 12A.

SO ORDERED.
```

*Loretta A. Preska*
3/24/2023

Respectfully,

*Andrew St. Laurent*

Andrew St. Laurent

  cc: AUSA Noah Solowiejczyk (by ECF)
     AUSA Nicolas Roos (by ECF)
     David Miller, Esq. (by ECF)

ANDREW ST. LAURENT | ANDREW@HS LAW.COM | DIRECT 646 248 6010
SC-HARRIS.COM | TEL 212-397-3370 | FAX 212-202-6206 | 40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005