

April 21, 2023

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Ishan Wahi</u>, 22-cr-392 (S.D.N.Y.)

Your Honor:

    I am one of the lawyers representing defendant Ishan Wahi in this case. I write to respectfully request the Court permit Ishan Wahi to travel from his residence in Houston, Texas by air to the Newark, New Jersey airport on May 8th and return to Texas, again by air from the Newark, New Jersey aiport on May 13th, in order that he may be present in person for his sentencing in this case, which is now scheduled for May 9, 2023 at 11:00 a.m. The government consents to this request.

    As part of the conditions of release that the Court set for Ishan Wahi on August 3, 2022, his travel was restricted to the Western District of Washington and the Southern and Eastern Districts of New York. On January 25, 2023, the Court granted Ishan Wahi's request to modify those conditions of release to allow him to be present in the Southern and Western Districts of Texas, for the primary purpose of allowing Ishan Wahi to move his domicile from Seattle, Washington to Houston, Texas.

    I am available to discuss with the Court any part of this request.

    Thank you for considering this request.

Respectfully,

Andrew St. Laurent

SO ORDERED
_/s/ Loretta A. Preska_
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
4/24/23

cc:    AUSA Noah Solowiejczyk (by ECF)
       AUSA Nicolas Roos (by ECF)
       David Miller, Esq. (by ECF)