UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>ISHAN WAHI,<br><br>                Defendant. | No. 22 CR 392 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is holding a proceeding in this case today, May 9, 2023 at 11:00 a.m. EST. Members of the public may listen in using the following listen-only conference line: (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    May 9, 2023
           New York, New York

                                _____
                                LORETTA A. PRESKA
                                Senior United States District Judge