

May 31, 2023

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Ishan Wahi</u>, 22-cr-392 (S.D.N.Y.)

Your Honor:

      I am one of the lawyers representing defendant Ishan Wahi in this case. On May 9, 2023, the Court sentenced Ishan Wahi to 24 months of incarceration and directed him to surrender to a facility to be identified by the Bureau of Prisons before 2 p.m. on Wednesday, June 21, 2023. (Docket Entry 98).

      I am writing to respectfully request that the Court extend Ishan Wahi's surrender date for 5 days, to Monday, June 26, 2023. Ishan Wahi has a minor medical procedure scheduled for June 5, 2023 and would benefit from an additional few days to heal before his surrender.

      The government (AUSA Nicolas Roos) has no objection.

      Thank you for considering this request.

SO ORDERED
/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

6/1/23

Respectfully,

/s/ Andrew St. Laurent

Andrew St. Laurent

cc:    AUSA Noah Solowiejczyk (by ECF)
        AUSA Nicolas Roos (by ECF)
        David Miller, Esq. (by ECF)

ANDREW ST. LAURENT  |  ANDREW@HS-LAW.COM  |  DIRECT 646-248-6010

SC-HARRIS.COM  |  TEL 212-397-3370  |  FAX 212-202-6206  |  40 WALL STREET, 53RD FLOOR, NEW YORK, NY 10005