

September 14, 2023

**By ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. Ishan Wahi</u>, 22-cr-392 (S.D.N.Y.)

Your Honor:

      I am one of the lawyers representing defendant Ishan Wahi in this case.

      On August 3, 2022, Ishan Wahi was arraigned before this Court. Following that appearance, the Court released Ishan Wahi on conditions, one of those conditions being the surrender of his travel documents. (Docket Entry 20). Ishan Wahi complied with this condition, and his travel documents (a Republic of India passport and an expired Republic of India passport containing his now expired US visa) were surrendered to U.S. Pretrial Services for the Southern District of New York, where they remain today.

      On May 9, 2023, the Court sentenced Ishan Wahi to 24 months of incarceration and directed him to surrender to a facility to be identified by the Bureau of Prisons before 2 p.m. on Wednesday, June 21, 2023. (Docket Entry 98). Subsequently the Court extended Ishan Wahi's surrender date to July 17, 2023. (Docket Entry 107). On July 17, 2023, Ishan Wahi surrendered to FCI Fort Dix, a Bureau of Prisons facility, to begin serving the incarceratory portion of his sentence.

      From the date of his release by this Court until the date of his surrender to FCI Fort Dix, Ishan Wahi complied with all the conditions of his release. Accordingly, it is now respectfully requested that the Court deem this condition of Ishan Wahi's release satisfied and direct Pretrial Services to release his passports to me, as Ishan Wahi himself remains in custody. Ishan Wahi is not now requesting any other form of relief, but I note that the Court continues to hold cash that he posted to secure his release.

      The government (AUSA Nicolas Roos) takes no position on this application.

Thank you for considering this request.

Respectfully,

Andrew St. Laurent

cc:  AUSA Noah Solowiejczyk (by ECF)
     AUSA Nicolas Roos (by ECF)
     David Miller, Esq. (by ECF)

```
Mr. Ishan Wahi's request is granted.  Pretrial Services
is directed to release Mr. Wahi's passport to his
counsel, Mr. Andrew St. Laurent.

SO ORDERED.
```

9/15/2023